THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE G. HUFF, Appellant.—

1034

Judgment affirmed. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.